
# Your Missouri Courts

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |

GrantedPublicAccess  Logoff CJUEDEMANN13

**14BT-CV01782 - JO ANN JOHNSON V GEICO CASUALTY COMPANY (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case  Click here to Respond to Selected Documents  Sort Date Entries: ⊙ Descending  ○ Ascending     Display Options: All Entries

**10/31/2014**    Filing:

         Filing:

**10/20/2014**    Agent Served

Document ID - 14-SMCC-622; Served To - GEICO CASUALTY COMPANY; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 14-OCT-14; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Left copy with designee, Kim Lauteus.

**10/02/2014**    Summons Issued-Circuit

Document ID: 14-SMCC-622, for GEICO CASUALTY COMPANY. SUMMONS ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET. sg

         Case Review Scheduled

             Scheduled For: 04/13/2015;  9:00 AM ;  MICHAEL MARTIN PRITCHETT;  Butler

         Filing Info Sheet eFiling

             Filed By: KYLE L WARREN

         Note to Clerk eFiling

             Filed By: KYLE L WARREN

         Pet Filed in Circuit Ct

             Petition.
             On Behalf Of: JO ANN JOHNSON

         Judge Assigned

IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI

| | |
|---|---|
| JO ANN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. _____ |
| ) | |
| GEICO CASUALTY COMPANY, ) | |
| (Serve:  Director of Insurance ) | |
|             301 W. High Street ) | |
|             Jefferson City, MO 65102) ) | |
| ) | |
| Defendant. ) | |

### PETITION

COMES NOW Plaintiff, Jo Ann Johnson, by and through her attorneys, Edmundson, Richardson, Innes and Warren, and for her cause of action against the Defendant states to the Court as follows:

### COUNT I

1. Plaintiff Jo Ann Johnson is and was at all times relevant hereto a resident of Carter County, Missouri.

2. Defendant is an insurance corporation duly authorized and licensed to do business as an insurance company in the State of Missouri, and maintains an office or agent for the transaction of its usual and customary business in Butler County, Missouri.

3. Defendant issues its policies of insurance and has agents for the conduct of its business, and the loss occurred in Butler County, Missouri. Venue is proper in this circuit pursuant to V.A.M.S. §508.040.

4. At all times relevant hereto, Plaintiff was the owner and had a special property interest in, and the right to use and possession of two motor vehicles described as a 1998 Chevrolet truck and a 2003 Ford Windstar.

1

5. That Plaintiff, for money paid, was the named insured of the motor vehicles described as a 1998 Chevrolet truck and a 2003 Ford Windstar, under a policy of insurance issued by Defendant, insuring against damage caused by underinsured motorists, with a policy limit of $50,000.00 for each vehicle, for a total Policy Limits of $100,000.00.

6. That on or about July 26, 2013, while said policy remained in full force and effect, Plaintiff was injured in an automobile vs. pedestrian accident which was the fault of an underinsured third party. The bodily injury to Plaintiff is within the coverage of the abovementioned policy.

7. The total amount of medical costs incurred by Plaintiff for the bodily injury is $177,284.18.

8. Plaintiff made a report of the loss and a proof of loss to Defendant, and has complied with all conditions precedent pursuant to the abovementioned policy.

9. That the Defendant has failed to act in good faith and fair dealing and has refused to pay the Policy Limits available under the abovementioned policy for the bodily injury of Plaintiff.

10. Defendant's refusal to act in good faith was without just cause or excuse, was unreasonable as the facts would appear to a reasonable person at that time, was based on incorrect reasons, and the matters alleged for denial of payment of Policy Limits coverage were immaterial and were not in fact relied on by Defendant in denying payment of Policy Limits.

11. Defendant's refusal and delay are unreasonable, vexatious, and without reasonable cause and, therefore, pursuant to V.A.M.S. §375.296 and V.A.M.S. §375.420, Defendant is liable for interest from and after the date of submission of claim, penalties as provided by statute, costs of suit, and reasonable attorney's fees for vexatious refusal to pay.

WHEREFORE, Plaintiff prays this Court enter judgment against Defendant for damages relating to Plaintiff's bodily injury in an amount to be proven at trial, but is expected to exceed

$100,000.00; for costs and attorney's fees expended herein, and for such other and further relief this Court deems just and proper.

## COUNT II

12. Plaintiff restates and reincorporates herein each and every paragraph in Count I of this Petition.

13. Despite reasonable demand, Defendant has failed and refused to pay the Policy Limits for Plaintiff's covered losses, in breach of the policy and to Plaintiff's injury.

14. Defendant's refusal and delay are unreasonable, vexatious, and without reasonable cause and, therefore, pursuant to V.A.M.S. §375.296 and V.A.M.S. §375.420, Defendant is liable for interest from and after the date of submission of claim, penalties as provided by statute, costs of suit, and reasonable attorney's fees for vexatious refusal to pay.

WHEREFORE, Plaintiff prays for judgment against the Defendant, prejudgment interest and interest at the legal rate, statutory penalties for vexatious refusal to pay, attorney's fees, the costs of this action, and for such other and further relief as the Court shall deem just and proper.

Respectfully Submitted,

EDMUNDSON, RICHARDSON, INNES & WARREN
Attorneys at Law

BY: /s/ Kyle L. Warren
Kyle L. Warren #57654
Post Office Box 1049
Poplar Bluff, Missouri 63902-1049
Telephone # 573/785-6416
Fax # 573/785-2130
E-mail: Kyle@edmundsonlawfirm.com

ATTORNEYS FOR PLAINTIFF



## IN THE 36TH JUDICIAL CIRCUIT COURT, BUTLER COUNTY, MISSOURI

| Judge or Division: MICHAEL MARTIN PRITCHETT | Case Number: 14BT-CV01782 |
|---|---|
| Plaintiff/Petitioner: JO ANN JOHNSON vs. | Plaintiff's/Petitioner's Attorney/Address KYLE L WARREN P O BOX 1049 POPLAR BLUFF, MO  63902 |
| Defendant/Respondent: GEICO CASUALTY COMPANY | Court Address: 100 N MAIN ST POPLAR BLUFF, MO  63901 |
| Nature of Suit: CC Breach of Contract | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** GEICO CASUALTY COMPANY
Alias:
DIRECTOR OF INSURANCE
301 W HIGH ST
JEFFERSON CITY, MO  65102

**COURT SEAL OF BUTLER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_October 2, 2014_  _/s/ Sheila Gore, Deputy Clerk_
Date   Cindi Bowman, Circuit Clerk by Sheila Gore, Deputy Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____     _____
Date     Notary Public

**Sheriff's Fees**
Summons     $_____
Non Est     $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $    10.00
Mileage     $_____ (_____ miles @ $._____ per mile)
Total     $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 36TH JUDICIAL CIRCUIT COURT, BUTLER COUNTY, MISSOURI

| Judge or Division: | Case Number: 14BT-CV01782 |
|---|---|
| MICHAEL MARTIN PRITCHETT | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| JO ANN JOHNSON | KYLE L WARREN |
| | P O BOX 1049 |
| vs. | POPLAR BLUFF, MO 63902 |
| Defendant/Respondent: | Court Address: |
| GEICO CASUALTY COMPANY | 100 N MAIN ST |
| Nature of Suit: | POPLAR BLUFF, MO 63901 |
| CC Breach of Contract | |

**RECEIVED OCT 10 2014 COLE COUNTY SHERIFF'S OFFICE**

CINDI BOWMAN
CIRCUIT CLERK (file Stamp)

## Summons in Civil Case

The State of Missouri to: GEICO CASUALTY COMPANY
Alias:

DIRECTOR OF INSURANCE
301 W HIGH ST
JEFFERSON CITY, MO 65102

**OCT 20 2014 FILED**

**COURT SEAL OF BUTLER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

October 2, 2014      /s/ Sheila Gore, Deputy Clerk
Date                 Cindi Bowman, Circuit Clerk by Sheila Gore, Deputy Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Om Lankers (name) RCJ rep (title).
☐ other _____
Served at 301 W. High (address)
in Cole (County/City of St. Louis), MO, on 10/14/14 (date) at 925a (time).
Greg White
Printed Name of Sheriff or Server       By John Fall 81
                                        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date                Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ (___ miles @ $.___ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



TO: Corporate Secretary (or United States Manager or Last Appointed General Agent) of

GEICO CASUALTY COMPANY
JOHN ZINNO
ONE GEICO CENTER
MACON, GA 31295

CINDI BOWMAN
CIRCUIT CLERK

OCT 31 2014

FILED

RE: Court: Butler Co. Circuit Court, Case Number: 14BT-CV01782

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 14th day of October, 2014.

Director of Insurance, Financial Institutions
and Professional Registration

AFFIDAVIT

State of Missouri,
                          ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on __October 17__, __2014__ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and
Professional Registration

By: _____

Subscribed and sworn to before me this __17th__ day of __October__, __2014__

_____
Notary Public

My commision expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2016
Cole County
Commission #12418395

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br>1. Article Addressed to:<br><br>GEICO CASUALTY COMPANY<br>JOHN ZINNO<br>ONE GEICO CENTER<br>MACON, GA 31295 | A. Signature<br>X  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Garmel Lewis   1 0 2 0 14<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 1820 0002 0479 5684 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

CINDI BOWMAN
CIRCUIT CLERK

OCT 31 2014

FILED

LEGAL SECTION
MO DEPARTMENT OF INSURANCE, FINANCIAL
INSTITUTIONS & PROFESSIONAL REGISTRATION
PO BOX 4A
JEFFERSON CITY, MO 65102-0690

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES POSTAL SERVICE   First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

WILLIAM C. SCHLIEPER  9/24/2014

/66934

Page 37

```
 1                        COURT MEMO
         IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI
 2
     MELISSA WALKER, BRANDON M.       )
 3   WALKER, and MADISON P. WALKER,   ) Case No. 13BT-CV00329
     by and through their Next        )
 4   Friend, MELISSA WALKER           )
             vs.                      )
 5   RICK ALLEY, et al.               )

 6   CERTIFICATE OF OFFICER AND STATEMENT OF DEPOSITION CHARGES
            (Rule 57.03(g)(2)(a) & Sec. 492.590 RSMO 1985.)
 7              DEPOSITION OF WILLIAM C. SCHLIEPER
                       SEPTEMBER 24, 2014
 8
     Name and address of person or firm having custody of the
 9   original transcript: Bryan E. Nickell
                          Blanton, Rice, Nickell, Cozean & Collins
10                        219 S. Kingshighway
                          P.O. Box 805
11                        Sikeston, Missouri  63801

12        TAXED IN FAVOR OF: Bryan E. Nickell
                      TOTAL: $ 352.75
13        TAXED IN FAVOR OF: Victor T. Avellino
                      TOTAL: $ 190.10
14        TAXED IN FAVOR OF: Sean P. Dolan
                      TOTAL: $ 190.10
15        TAXED IN FAVOR OF: Lindsay T. Leible
                      TOTAL: $ 190.10
16        TAXED IN FAVOR OF: Chris R. Hoell
                      TOTAL: $ 150.60
17
     Upon delivery of transcript, the above charges had not yet
18   been paid.  It is required that all charges will be paid
     in the normal course of business.
19
                   MIDWEST LITIGATION SERVICES
20                     711 N. 11th Street
                    St. Louis, Missouri 63101
21

22                 _____
23                         NOTARY PUBLIC
24   My Commission Expires:
25
```

ALICIA K. LEIGHTON
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: April 19, 2018
Commission Number: 14964336