UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Jo Ann Johnson, )<br>  Plaintiff, )<br>     v. ) Case No. 4:14-cv-01892-UNA<br> )<br>Geico Casualty Company, )<br>  Defendant. )<br> ) | |

### **ORDER**

The above styled and numbered case was filed on November 07, 2014 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh Jr. United States District Judge, under cause number 1:14-cv-00161-SNLJ. **IT IS FURTHER ORDERED** that cause number 4:14-cv-01892-UNA is administratively closed.

Dated this 10th Day of November, 2014.                GREGORY J. LINHARES
                                                      CLERK OF COURT


                                                      By:   /s/ Michele Crayton
                                                            Deputy In Charge

**Please note the new case number:** 1:14-cv-00161-SNLJ.